UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE G. YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY LEE, et al.,<br><br>    Defendants. | No. 2:17-cv-02596-CKD-P<br><br><br>ORDER |

    Plaintiff is a county inmate proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On December 27, 2019, defendants filed a motion to dismiss as well as a motion to strike portions of the first amended complaint. ECF Nos. 24-25. To date, plaintiff has not filed an opposition or otherwise responded to the motion. However, plaintiff did file a notice of change of address on January 8, 2020 indicating that he is now in custody at the Calaveras County Jail. ECF No. 30. In light of this change of address, it appears to the court that plaintiff may not have received a copy of the pending motion to dismiss. Therefore, the court will sua sponte grant plaintiff an extension of time to file an opposition or a statement of non-opposition to the motion to dismiss.

    Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are ordered to re-serve a copy of their motion to dismiss and motion to strike on plaintiff at his current address within 7 days from the date of this order.

1

2. Defendants shall file a Notice of Service indicating the date and manner of service on plaintiff.
3. Plaintiff shall file an opposition or statement of non-opposition to the motion to dismiss within 30 days from the date of service.
4. Defendants' reply, if any, is due 14 days from the date of filing of plaintiff's opposition.

Dated: January 31, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/young2596.36.suasponte.docx