UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE G. YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEE, et al.,<br><br>　　　　　　Defendants. | No. 2:17-cv-02596-CKD-P<br><br>ORDER |

　　　　Plaintiff is a county jail inmate proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983.  Following the screening of the original complaint in this case, plaintiff filed a notice of election indicating that he wanted time to file a first amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date of this order to file a first amended complaint in accordance with the terms of this court's May 15, 2020 screening order.

Dated:  June 4, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/youn2596.elected36.docx

1