UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE G. YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE, et al.,<br><br>　　　　Defendants. | No.  2:17-cv-02596-TLN-CKD<br><br><br>**ORDER** |

　　　　Plaintiff, a state inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 5, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 5, 2020, are ADOPTED IN FULL;

2. Defendant Williams' motion to dismiss Claim Two of the second amended complaint (ECF No. 55) is GRANTED;

3. Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Williams is DISMISSED without leave to amend; and

4. Defendant Williams is DISMISSED from this case with prejudice.

DATED: November 6, 2020

Troy L. Nunley
United States District Judge